UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DARYANA KHAYDUKOVA,

                    Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,


-----------------------------------------------------------------
                    Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 0389 (DLI)

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on July 18, 2006, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for the issuance of a fully favorable decision; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for the issuance of a fully favorable decision.


Dated:  Brooklyn, New York
        August 08, 2006

ROBERT C. HEINEMANN
Clerk of Court